1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW NARRAWAY,                                    No. C 09-1279 MMC

        Plaintiff,                                    **ORDER OF RECUSAL**

  v.

AMERICAN EXPRESS BANK, FSB

        Defendant.

_____/

      I, the undersigned Judge of the Court, finding myself disqualified in the

above-entitled action, hereby recuse myself from this case and request that the case be

reassigned pursuant to the provisions of  the Assignment Plan.

      All pending dates of motions, pretrial conferences and trial are hereby

vacated and are to be reset by the newly assigned Judge.

      **IT IS SO ORDERED.**

Dated: March 26, 2009                          _Maxine M. Chesney_____
                                               MAXINE M. CHESNEY
                                               United States District Judge