1  ROBERT J. ROMERO (SBN 136539)
   BRADLEY M. ZAMCZYK (SBN 151753)
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, California 94111
   Telephone: 415.393.0137
4  Facsimile:

5  Attorneys for Defendant
   AMERICAN EXPRESS BANK FSB
6

7              UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW NARRAWAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS BANK, FSB,<br><br>　　　　Defendant. | Case No. C 09-01279 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　　　The Parties hereby stipulate to, and agree that, subject to the Court's approval, the Case Management Conference in this matter be continued for two weeks, from June 25, 2009, through July 9, 2005 in order to accommodate a request made by counsel for defendant, American Express Bank FSB ("American Express") for a limited extension.

　　　　The need for an extension arises because the initial contact between counsel for plaintiff and American Express in this matter was with American Express' New York counsel, Mr. Larry Nessenson of Jaffe & Asher LLP. After a series of telephone conversations between Mr. Zieff and Mr. Nessenson, Mr. Nessenson agreed to explore with his client whether he would accept service of the Complaint on behalf of American Express.

　　　　However, the matter was ultimately referred by American Express to Bradley Zamczyk of Hinshaw & Culbertson LLP for defense. On May 11, 2009 Mr. Zamczyk agreed to accept service, and at that time committed to file a responsive pleading by June 12. Under applicable rules and law, American Express would have had 60 days – until July 10, 2009 – within which to file a responsive pleading.

On or about June 3, Mr. Zamczyk asked Mr. Zieff for a one week extension of the date within which American Express must respond to the Complaint – from June 12 to June 19. Mr. Zieff advised that he would agree to the extension so long as meet and confer activity, and preparation of a Joint Statement, could be deferred until after receipt of the responsive pleading. Mr. Zieff imposed this condition because the meet and confer activity and Joint Statement will be more effective if plaintiff has defendant's responsive pleading in hand.

In view of the foregoing, the parties believe the most appropriate way to accommodate American Express' desire for an additional week to respond to the complaint, while also keeping the case on track and ensuring that the Joint Conference Statement is prepared after service of American Express' responsive pleading, would be to continue the Case Management Conference by two weeks.

Accordingly, the parties stipulate and agree, subject to the Court's approval, that:

1. American Express' responsive pleading will be due by close of business on June 19, 2009.

2. The parties will meet and confer, and complete their initial exchange, by June 25, 2009.

3. The parties will submit their Joint Conference Statement by July 2, 2009.

4. The Case Management Conference will be held on July 9, 2009 at 11:00 a.m.

Dated: June 8, 2009    ROGERS JOSEPH O'DONNELL

By: /s/ Paul M. Zieff
PAUL M. ZIEFF
Attorneys for Plaintiff
ANDREW NARRAWAY

Dated: June 8, 2009    HINSHAW & CULBERTSON, LLP

By: /s/ Bradley M. Zamczyk
BRADLEY M. ZAMCZYK
Attorneys for Defendant
AMERICAN EXPRESS BANK FSB

Please note there will be no further continuances.

IT IS SO ORDERED.

Dated:  June 9         , 2009           _____
                                        HONORABLE WILLIAM ALSUP



3

STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C09-01279 WHA
2983646v1  867210