ROGERS JOSEPH O'DONNELL
PAUL M. ZIEFF (State Bar No. 100520)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
ANDREW NARRAWAY

BRADLEY M. ZAMCZYK (151753)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415.393.0137
Facsimile: 415.834.9070

Attorneys for Defendant
AMERICAN EXPRESS BANK FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| ANDREW NARRAWAY, | Case No. C09-01279 WHA |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [~~Proposed~~] ORDER RE PRIVATE MEDIATION |
| AMERICAN EXPRESS BANK, FSB, | AND ORDER VACATING REFERRAL TO ADR UNIT FOR MEDIATION |
| Defendant. | |

The parties stipulate and agree to participate in private mediation through JAMS, and hereby respectfully request that in light of said agreement, the reference by the Court to Court administered mediation be vacated.

Dated: July 14, 2009                    ROGERS JOSEPH O'DONNELL

                                        By:  /s/ Paul M. Zieff
                                             PAUL M. ZIEFF
                                             Attorneys for Plaintiff
                                             ANDREW NARRAWAY

1  Dated: July 13, 2009          HINSHAW & CULBERTSON

2                                 By: _____
3                                     BRADLEY M. ZAMCZYK

4                                 Attorneys for Defendant
                                  AMERICAN EXPRESS BANK FSB

**ORDER**

The private mediation must be completed by October 14, 2009.  Referral to ADR Unit is hereby vacated. ~~IT IS SO ORDERED.~~

Dated: __July 15_____, 2009

_____
HONORABLE WILLIAM ALSUP

APPROVED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA