IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW NARRAWAY,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS BANK,<br><br>    Defendant.<br>_____/ | No. C 09-01279 WHA<br><br>**REQUEST FOR INFORMATION RE STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE** |

    The Court is in receipt of the parties' stipulation and proposed order continuing the hearing on defendant's motion to dismiss to October 1, 2009. No reason was provided for such a lengthy continuance. Please explain the need for the requested continuance by **NOON ON JULY 30, 2009.**

    **IT IS SO ORDERED.**

Dated: July 29, 2009.

                                                                      WILLIAM ALSUP<br>
                                                                      UNITED STATES DISTRICT JUDGE