ROGERS JOSEPH O'DONNELL
PAUL M. ZIEFF (State Bar No. 100520)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
ANDREW NARRAWAY

BRADLEY M. ZAMCZYK (151753)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415.393.0137
Facsimile: 415.834.9070

Attorneys for Defendant
AMERICAN EXPRESS BANK FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

ANDREW NARRAWAY,

Plaintiff,

vs.

AMERICAN EXPRESS BANK, FSB,

Defendant.

Case No. C09-01279 WHA

**STIPULATION AND ~~[Proposed]~~ ORDER CONTINUING HEARING ON MOTION TO DISMISS**

The parties stipulate and agree to continue the hearing of defendant's Motion to Dismiss for Failure to State A Claim ("Motion to Dismiss") currently set for August 20, 2009, to October 1, 2009 at 8:00 a.m.

The parties request a continuance of the August 20, 2009 hearing to October 1, 2009 to allow the parties to complete mediation prior to the hearing of the Motion to Dismiss. Moreover, the parties have agreed to submit the matter to mediation before further briefing is due filed in response to defendant's Motion to Dismiss.

Case3:09-cv-01279-WHA Document25 Filed07/29/09 Page2 of 2

Dated: July 29, 2009

ROGERS JOSEPH O'DONNELL

By: /s/ Paul M. Zieff
PAUL M. ZIEFF
Attorneys for Plaintiff
ANDREW NARRAWAY

Dated: July 29, 2009

HINSHAW & CULBERTSON

By: : /s/ Bradley M. Zamczyk
BRADLEY M. ZAMCZYK

Attorneys for Defendant
AMERICAN EXPRESS BANK FSB

**ORDER**

The hearing set for August 20, 2009 is continued to **September 3, 2009 at 8:00 a.m.** Mediation and possible settlement are not sufficient reasons to justify a lengthy continuance to October 1, 2009.

IT IS SO ORDERED.

Dated: July 30, 2009

HONO[...]SUP

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge William Alsup

Page

Stipulation and [Proposed] Order Continuing Hearing On Motion to Dismiss – Case No. C09-01279 WHA

281349.1
2985421v1 867210 16438