IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW NARRAWAY,

    Plaintiff,

  v.

AMERICAN EXPRESS BANK, FSB,

    Defendant.
                              /

No. C 09-01279 WHA

**ORDER TO SHOW CAUSE**

     Defendant filed a motion to dismiss, which is set for a hearing on September 3, 2009. The deadline for plaintiff to file an opposition was August 13, 2009. But no such opposition was received. The Court intends to grant the motion to dismiss unless good cause is shown to file a late opposition. Plaintiff is ordered to show cause for the failure to respond by **NOON ON AUGUST 26, 2009**. This is not permission to file an opposition.

    **IT IS SO ORDERED.**

Dated: August 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE