1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   ANDREW NARRAWAY,                              No. C 09-01279 WHA

11              Plaintiff,

12      v.                                         **ORDER RE RESPONSE TO**
                                                   **ORDER TO SHOW CAUSE**
13   AMERICAN EXPRESS BANK, FSB,                   **AND VACATING HEARING**

14              Defendant.

15   _____/

16            Defendant filed a motion to dismiss, which was originally noticed for hearing on July

17   30, 2009.  Defendant continued the hearing to August 20, 2009.  On July 27, 2009, in yet

18   another attempt to continue the hearing, the parties filed a stipulation and proposed order

19   seeking to move the hearing to October 1, 2009.  Because no reason was provided for such a

20   lengthy continuance, the Court requested that the parties explain the need for the continuance.

21   They responded that they wanted an opportunity to conduct mediation prior to the hearing on

22   the motion to dismiss.  The Court then continued the hearing to September 3, 2009, because

23   mediation and the possibility of settlement were not sufficient reasons for a lengthy

24   continuance.   Based on the September 3 hearing date, plaintiff's opposition to the motion to

25   dismiss was due on August 13, 2009.  But no opposition was filed.  The Court issued an order

26   to show cause as to why plaintiff failed to respond.  Plaintiff timely filed a lengthy response.

27   According to the response, plaintiff's counsel was on vacation on July 30, and he did not return

28   until August 12, the day before the opposition deadline.  Further complicating the matter,

     plaintiff's mother recently passed away.  Since his return, plaintiff's counsel represents that he

**United States District Court**
For the Northern District of California

1   has contacted defendant's counsel, and they have proposed a plan to proceed with this action.

2   That plan includes plaintiff filing an amended complaint by stipulation, defendant filing an

3   answer and counterclaim, and plaintiff answering the counterclaim.  It also includes the pending

4   motion being taken off calendar, with a further case management conference set for 90 days,

5   and the parties working to select a mediator and proceed with mediation.  Both parties have

6   asked the Court to agree to the proposed plan.  This order **ADOPTS** the proposed plan as outlined

7   in the declaration in response to the order to show cause.  The stipulation regarding the

8   amended complaint must be filed by **NOON ON SEPTEMBER 2, 2009**.  The hearing on the motion

9   to dismiss set for **SEPTEMBER 3, 2009**, is hereby **VACATED**.  A further case management

10  conference is set for **NOVEMBER 19, 2009 AT 11:00 A.M.**

11

12       **IT IS SO ORDERED.**

13

14  Dated:  August 31, 2009.

15                                                    WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California