**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW NARRAWAY, | No. C 09-01279 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEADLINE** |
| AMERICAN EXPRESS BANK, FSB, | |
| Defendant. | |

    After a further case management conference, the parties agree by **DECEMBER 10, 2009**, to file a request to dismiss this action in full.

**IT IS SO ORDERED.**

Dated: November 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE