IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW NARRAWAY, | No. C 09-01279 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE PURSUANT TO STIPULATION** |
| AMERICAN EXPRESS BANK, FSB, | |
| Defendant. | |

The stipulated request for dismissal filed by the parties has been received (Dkt. No. 41). Pursuant to stipulation, the parties' request that the above entitled action be dismissed with prejudice and that each party shall bear its own costs and fees is hereby **GRANTED**.

**THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: December 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE